**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **C.A. NO: 04-095-S**

**CARLOS GOMES**

**NOTICE OF APPEAL**

Now comes the Defendant Carlos Gomes and notices his appeal of his sentence imposed on May 20, 2005 to the United States Court of Appeals for the First Circuit.

Respectfully Submitted,
Carlos Gomes,
By his Attorney,

Richard K. Corley, Esq.
Bar No. 2965
CORLEY TAVERAS & PETRARCA, LLP
127 Dorrance Street
2nd Floor
Providence, RI 02903
401/861-2100

**CERTIFICATION**

I hereby certify that I mailed a true and correct copy via First Class Mail of the above-entitled Notice of Appeal to Richard Rose, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 7th day of June, 2005.

Pamela A. Belcher