USA
Plaintiff

VS: CR04-95S

Carlos Gomes
Defendant

# EXHIBIT RECEIPT

Exhibit 1

ERIC YANKEE

~~Attorney~~ ATF S/A

3-23-06

Deputy clerk